EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda al Artículo 19 Licencias del Reglamento de la Administración del Sistema de Personal de la Rama Judicial | 2002 TSPR 27 156 DPR ____ |

Número del Caso: EP-2002-01

Fecha: 4/marzo/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda al Artículo 19
Licencias del Reglamento
de la Administración del
Sistema de Personal de la
Rama Judicial

RESOLUCION

San Juan, Puerto Rico, a  4 de marzo de 2002

Se enmienda el Artículo 19.1 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial para incorporar los dos propósitos principales por los cuales se concede el disfrute de la licencia de vacaciones, tal como se indica a continuación:

**Artículo 19.1 Licencia de Vacaciones**

Es el período de tiempo que se autoriza al empleado con el propósito de ofrecerle la oportunidad de reponer las fuerzas físicas y mentales agotadas en el desempeño de sus funciones y brindarle la oportunidad de compartir ratos de tranquilidad y sosiego por un tiempo razonable.

.................................................

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina